affirmed. See, also, 117 N. Y. Supp. 1130. William P. Maloney, for appellant. Wilson Lee Cannon, for respondent.

PER CURIAM. The order appealed from should be modified by striking therefrom the words "and (b) said bill of particulars does not specify the value of each particular item of the alleged services which plaintiff in paragraph marked 'Fourth' of the complaint claims to be of the reasonable value of one hundred and fifty thousand dollars ($150,000), as directed in section marked '3' of said order." As so modified, the order is affirmed without costs.

In re CHANLER. (Supreme Court, Appellate Division, First Department. May 28, 1909.) In the matter of John A. Chanler. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHILDS, Respondent, v. LAWRENCE, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Irving W. Childs against Augustine N. Lawrence. W. S. Maddox, for appellant. E. R. Leavitt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHIPROCK et al., Respondents, v. RUTHERFORD, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Jacob Chiprock and others against Lydia Rutherford. No opinion. Judgment of the Municipal Court affirmed, with costs.

CITY OF NEW YORK, Respondent, v. JOHN ZIMMERMAN CO., Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by the City of New York against the John Zimmerman Company. H. M. Powell, for appellant. D. Rumsey, for respondent. No opinion. Judgment affirmed, with costs, on City v. Am. Ins. Co., 129 App. Div. 904, 113 N. Y. Supp. 419. Order filed.

In re CITY OF UTICA. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) In the matter of the application of the City of Utica to compel safety gates erected by the New York Central & Hudson River Railroad Company at the Brinckerhoff avenue crossing in said city. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Respondent, v. PIERSON, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Henry A. Clark against J. Fred Pierson, Jr. R. R. Reed, for appellant. F. E. Blackwell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CLEMENT, Excise Com'r, v. TWO BARRELS OF WHISKY et al. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Action by Maynard N. Clement, as State Commissioner of Excise, against two barrels of whisky and divers other liquors; James McManus, answering appellant. No opinion. Motion to dismiss appeal denied, without costs.

CLEMENT, Excise Com'r, Respondent, v. VOGEL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Maynard N. Clement, as State Commissioner of Excise, against Clemence Vogel and the Fidelity & Casualty Company of New York. No opinion. Judgment and order affirmed, with costs.

COLLINS et al. v. STAR CO. (Supreme Court, Appellate Term. June 25, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Phillip Collins and another against the Star Company. Judgment for plaintiffs, and defendant appeals. Affirmed. See, also, 112 N. Y. Supp. 1055. Clarence J. Shearn (J. T. Sturdevant, of counsel), for appellant. J. Campbell Thompson, for respondents.

PER CURIAM. The plaintiffs sue to recover the value of a horse hired to the defendant. The facts in this case were discussed in the opinion of this court handed down upon a former appeal. Collins v. Star Co., 112 N. Y. Supp. 1055. In that opinion the court, after reviewing the evidence, said: "This evidence was sufficient to overcome the presumption of liability raised by the defendant's failure to return the horse, and, in the absence of any proof tending to show that the accident was due to negligence or lack of ordinary care and prudence, on the part of the defendant, the complaint should have been dismissed." Upon the last trial proof was offered of negligence on the part of the defendant, which was sufficient to sustain the judgment rendered. Judgment affirmed, with costs.

CONTINENTAL INS. CO. v. FULLER et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the Continental Insurance Company against Henry C. Fuller and others. No opinion. Order reversed, with $10 costs and disbursements. Motion granted, with costs, on the authority of Fletcher v. McKeon, 71 App. Div. 278, 75 N. Y. Supp. 817.

CURRY et al., Respondents, v. J. V. CUNNINGHAM REALTY CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Robert Curry and another against the J. V. Cunningham Realty Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

CURRY, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court. Appellate Division, First Department. May 28, 1909.) Action by Bernard Curry against the Manhattan Railway Company and another. J.